11/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 10:43:09 AM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
      CHRIS DANIEL, DISTRICT CLERK
      HARRIS COUNTY, TEXAS

CASE NO:   2015-07842     COURT:  190TH     TENTATIVE DUE DATE:   12/31/2015

APPEAL TYPE    REGULAR (NEW TRIAL FILED)       CASE STATUS:   DISPOSED (FINAL)

APPELLANT:     HENRY RAWSON, JR. AND SUSAN RAWSON

APPELLEE:     OXEA CORPORATION ET AL

EVENT FILE DATE    11/25/2015     NUMBER OF DAYS: 120

EVENT CODES;   BC, C, OA

FILED BY:   **ANTHONY G BUZBEE**        TBN:    **24001820**

DATE ORDER SIGNED    9/2/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:   0       VOLUME:       PAGE:

MOTION FOR NEW TRIAL FILING DATE:   : October 1, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**

By:  **/s/DUANE C. GILMORE**
        DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL

**CAUSE NO. 2015-07842**

| | | |
|---|---|---|
| HENRY RAWSON, JR. and SUSAN RAWSON | § § § | IN THE DISTRICT COURT |
| v. | § § | HARRIS COUNTY, TEXAS |
| | § § | |
| OXEA CORPORATION, et al | § | 190th JUDICIAL DISTRICT |

**NOTICE OF APPEAL**

Plaintiffs Henry Rawson, Jr. and Susan Rawson ("Plaintiffs"), give notice that they are appealing the following to the First or Fourteenth Court of Appeals at Houston, Texas:

1. Order Granting Oxea Corporation's Traditional Summary Judgment Motion, signed by the Court on September 1, 2015;

2. Order Granting Oxea Corporation's No Evidence Summary Judgment Motion, signed by the Court on September 1, 2015;

3. Order Granting Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, signed by the Court on September 1, 2015;

4. Order Granting Dashiell Corporation's Motion for Traditional and No Evidence Motion for Summary Judgment, signed by the Court on September 1, 2015;

5. Amended Order Granting Oxea Corporation's No Evidence Summary Judgment Motion and Traditional Summary Judgment Motion, signed by the Court on September 2, 2015;

6. Amended Order Granting Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, signed by the Court on September 2, 2015;

7. Amended Order Granting Defendant Dashiell Corporation's Motion for Traditional and No-Evidence Motion for Summary Judgment, signed by the Court on September 2, 2015[1]; and

8. All prior and contemporaneous rulings that are merged into the preceding orders and judgments, including but not limited to rulings on objections to evidence made in connection with the summary judgment orders listed above and orders striking Plaintiffs' Amended Responses and Sur-Replies, as well as the overruling, by operation of law,[2] on November 16, 2015 of Rawson's Motion for Reconsideration and Motion for New Trial Regarding Defendant Oxea Corporation's Hybrid Motion for Summary Judgment, Motion for Reconsideration and Motion for New Trial Regarding Defendant Mundy Maintenance and Services, LLC's Motion for Traditional and No Evidence Summary Judgment, and Motion for Reconsideration and Motion for New Trial Regarding Defendant Dashiell Corporation's Traditional and No-Evidence Motion for Summary Judgment.

As required by the Local Rules Relating to Assignment of Related Cases and to Transfers of Related Cases, I certify that no related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

---

[1] The Court signed the preceding Amended Orders (referenced in paragraphs 5, 6, and 7 above) on September 2, 2015, granting Defendants Dashiell Corporation's, Oxea Corporation's, and Mundy Maintenance and Services, LLC's traditional and no-evidence summary judgment motions, and dismissing with prejudice all of Plaintiffs' claims challenged in those motions. Each Amended Order further states: "Any new claims against [Defendant] raised in Plaintiffs' Second Amended Petition filed on August 31, 2015 are not dismissed under this Order." However, no new substantive claims were made in Plaintiffs' Second Amended Petition against any Defendant. Therefore, the Court's September 1 and 2, 2015 orders dispose of all of Plaintiffs' claims against all parties in this case.

[2] On November 24, 2015, the Court signed three Orders denying Plaintiffs' Motions for Reconsideration and New Trial regarding the summary judgments granted in favor of Defendants Mundy Maintenance and Services, LLC, Dashiell Corporation, and Oxea Corporation. Plaintiffs also challenge those orders via this notice of appeal.

Date:  November 25, 2015.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
tbuzbee@txattorneys.com
Peter K. Taaffe
State Bar No. 24003029
ptaaffe@attorneys.com
Christopher J. Leavitt
State Bar No. 24053318
cleavitt@txattorneys.com
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone:  (713) 223-5393
Facsimile: (713) 223-5909

**ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP**

*/s/ Wallace B. Jefferson*
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Anna M. Baker
State Bar No. 00791362
abaker@adjtlaw.com
515 Congress Ave., Suite 2350
Austin, Texas 78701
Telephone: (512) 482-9300
Facsimile: (512) 482-9303
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 25, 2015, Plaintiffs' Notice of Appeal was electronically filed with the Clerk of Court using eFile.TXCourts.gov the electronic filing system which will send notification of such filing to the following:

Jeff Ray
State Bar No. 16604400
jray@rmjfirm.com
H.L. "Buddy" Socks
State Bar No. 18819800
bsocks@rmjfirm.com
RAY, MCCHRISTIAN & JEANS, P.C.
700 N. St. Mary's Street, Suite 800
San Antonio, Texas 78205
Telephone: (210) 341-3554
Facsimile: (210) 341-3557

*Counsel for Defendant Mundy
Maintenance and Services LLC*

Jim Wetwiska
State Bar No. 00785223
jwetwiska@akingump.com
Holli Pryor-Baze
State Bar No. 24013357
hpryorbaze@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 4th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

*Counsel for Defendant Dashiell Corporation*

Nicholas E. Zito
State Bar No. 22279500
nez@ramey-chandler.com
RAMEY, CHANDLER, QUINN & ZITO, P.C.
One Bering Park
750 Bering Drive, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064

*Counsel for Defendant OXEA Corporation*

/s/ Wallace B. Jefferson
Wallace B. Jefferson

7/21/2015 3:30:10 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6161866
By: MOSLEY, DEANDRA S
Filed: 7/21/2015 3:30:10 PM

**CAUSE NO. 2015-07842**

P. 1

7

nca

| | | |
|---|---|---|
| HENRY RAWSON, JR. AND SUSAN RAWSON | § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § | |
| VS. | § § | HARRIS COUNTY, TEXAS |
| OXEA CORPORATION, DASHIELL CORPORATION AND AEP TEXAS CENTRAL COMPANY | § § § § | |
| *Defendants.* | § § § | 190TH JUDICIAL DISTRICT |

## PROPOSED ORDER

The Court has considered Defendant Dashiell Corporation's Motion for Traditional and No-Evidence Motion for Summary Judgment and has decided to grant the motion.

It is ORDERED that all claims against Defendant Dashiell Corporation are hereby dismissed with prejudice as to refiling.

Signed this _1_ day of ___Sept___, 2015.


_____
Judge Presiding

207098993 v1

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 2015-07842

| | | |
|---|---|---|
| HENRY RAWSON, JR., et al. | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 190TH JUDICIAL DISTRICT |
| | ) | |
| OXEA CORPORATION, et al. | ) | HARRIS COUNTY, TEXAS |

## AMENDED ORDER GRANTING DEFENDANT DASHIELL CORPORATION'S MOTION FOR TRADITIONAL AND NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT

Came before the Court Defendant Dashiell Corporation's Motion for Traditional and No-Evidence Motion for Summary Judgment, and the Court, after having reviewed the Motion, was of the opinion that same was well taken and should be in all things granted.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant Dashiell Corporation's Motion for Traditional and No- Evidence Motion for Summary Judgment is in all things GRANTED and Plaintiffs' claims challenged in Defendant Dashiell Corporation's Motion for Traditional and No- Evidence Motion for Summary Judgment against Defendant Dashiell Corporation's are dismissed with prejudice. Any new claims against Defendant Dashiell Corporation's raised in Plaintiffs' Second Amended Petition filed on August 31, 2015 are not dismissed under this Order.

SIGNED this ___2___ day of ___September___, 2015.

**FILED**
**Chris Daniel**
**District Clerk**

**SEP 0 2 2015**

Time:_____
Harris County, Texas

By_____
Deputy

_____
JUDGE PATRICIA J. KERRIGAN

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

P. 1
MODIX

CAUSE NO. 2015-07842

| | | |
|---|---|---|
| HENRY RAWSON, JR., et al. | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 190TH JUDICIAL DISTRICT |
| | ) | |
| OXEA CORPORATION, et al. | ) | HARRIS COUNTY, TEXAS |

## AMENDED ORDER GRANTING OXEA CORPORATION'S NO EVIDENCE SUMMARY JUDGMENT MOTION AND TRADITIONAL SUMMARY JUDGMENT MOTION

Came before the Court Defendant Oxea Corporation's No Evidence Summary Judgment Motion and Traditional Summary Judgment Motion, and the Court, after having reviewed the Motions, was of the opinion that same was well taken and should be in all things granted.

It is therefore ORDERED, ADJUDGED and DECREED that Oxea Corporation's No Evidence Summary Judgment Motion and Traditional Summary Judgment Motion are in all things GRANTED and Plaintiffs' claims challenged in Defendant Oxea Corporation's No Evidence Summary Judgment Motion and Traditional Summary Judgment Motion against Defendant Oxea Corporation are dismissed with prejudice. Any new claims against Defendant Oxea Corporation raised in Plaintiffs' Second Amended Petition filed on August 31, 2015 are not dismissed under this Order.

SIGNED this ___2___ day of ___September___, 2015.

_____
JUDGE PATRICIA J. KERRIGAN

**FILED**
Chris Daniel
District Clerk

SEP 0 2 2015

Time:_____
Harris County, Texas
By_____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 2015-07842

| | | |
|---|---|---|
| HENRY RAWSON, JR., et al. | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 190TH JUDICIAL DISTRICT |
| | ) | |
| OXEA CORPORATION, et al. | ) | HARRIS COUNTY, TEXAS |

**AMENDED ORDER GRANTING MUNDY MAINTENANCE AND SERVICES, LLC'S
MOTION FOR TRADITIONAL AND NO EVIDENCE SUMMARY JUDGMENT**

Came before the Court Defendant Mundy Maintenance and Services, LLC's Traditional Motion for Summary Judgment under Rule 166a(b) and, subject thereto, its No Evidence Motion for Summary Judgment, pursuant to Rule 166a(i) of the Tex. R. Civ. Proc.

After considering the motion, the supporting evidence, arguments and authorities and any response to the motion, along with any responsive evidence, arguments and authorities, the Court finds that the Motion for Traditional and No Evidence Summary Judgment should be and is hereby GRANTED and Plaintiffs' claims challenged in Defendant's Motion for Traditional and No Evidence Summary Judgment are dismissed with prejudice.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiffs' claims challenged in Defendant's Motion for Traditional and No Evidence Summary Judgment against Defendant Mundy Maintenance and Services, LLC are dismissed with prejudice. Any new claims against Defendant Mundy Maintenance and Services, LLC raised in Plaintiffs' Second Amended Petition filed on August 31, 2015 are not dismissed under this Order.

SIGNED this ___2___ day of ___Sept._____, 2015.

**F I L E D**
Chris Daniel
District Clerk

SEP 0 2 2015

Time:_____
Harris County, Texas

By_____
Deputy

JUDGE PATRICIA J. KERRIGAN

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CASE NUM: 201507842__ PJN> __  TRANS NUM: _____  CURRENT COURT: 190 PUB? _
CASE TYPE: OTHER INJURY OR DAMAGE          CASE STATUS: DISPOSED (FINAL)
STYLE: RAWSON, HENRY JR                 VS OXEA CORPORATION
========================================================================
                    **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR      PERSON NAME            PTY   ASSOC. ATTY
   NUM    NUMBER                                       STAT
2     00006-0001 DEF 16604400 MUNDY MAINTENANCE AND SERVICES  D  RAY, JEFFRY H
0     00006-0001 PAD 12473500 LOCKHART, TOM
1     00005-0001 DEF 17733298 AEP TEXAS CENTRAL COMPANY       D  SCHAUER, G. D
5     00004-0001 DEF 00785223 DASHIELL CORPORATION               WETWISKA, JAM
_     00003-0001 PLT 24001820 RAWSON, SUSAN                      BUZBEE, ANTHO
_     00002-0001 DEF 22279500 OXEA CORPORATION                D  ZITO, NICHOLA
_     00001-0001 PLT 24001820 RAWSON, HENRY JR                   BUZBEE, ANTHO


==> (7) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH   11=HELP